IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ATLANTIC RECORDING CORP., *et al.,*

                Plaintiffs,                                       ORDER

    v.

                                                             08-cv-366-bbc

DOES 1- 48,

                Defendants.
_____

       Before the court is plaintiffs' motion to take immediate discovery from the University of Wisconsin System for the purpose of identifying the 48 Doe defendants. *See* dkt. 3. Good cause having been shown, *see* brief and affidavit in support, dkts. 4 and 6, this motion is GRANTED.

       It is ORDERED that:

       (1) Pursuant to 20 U.S.C. § 1232g(b)(2)(B), plaintiffs forthwith may serve discovery in the form of Rule 45 subpoenas on the University of Wisconsin System to obtain documents that identify each of the Doe defendants, including name, current address, permanent address, telephone numbers, e-mail addresses, and Media Access Control addresses for each defendant, as well as all documents and electronically-stored information relating to the assignment of any IP address which the UW System cannot link to a specific Doe defendant.

       (2) Plaintiffs shall maintain the confidentiality of all discovery obtained pursuant to this order and shall use it solely for the purpose of protecting plaintiffs' claimed rights under the Copyright Act.

       Entered this 18th day of July, 2008.

                                                  BY THE COURT:
                                                  /s/
                                                  STEPHEN L. CROCKER
                                                  Magistrate Judge