UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> Does 1-48 <br><br> Defendant. | Case No. 3:08-cv-00366-bbc <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ATLANTIC RECORDING CORP., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against all remaining Doe Defendants, each party to bear its/his or her own fees and costs. The clerk is respectfully asked to close this case.

Respectfully submitted,

Dated: 10/22/08          By:   s/ Robert G. Wixson
                               Robert G. Wixson (SBN 1014930)
                               WINNER, WIXSON & PERNITZ
                               22 East Mifflin Street, Suite 702
                               P.O. Box 2626
                               Madison, Wisconsin 53701-2626
                               Telephone: (608) 257-0257
                               Facsimile: (608) 257-0078
                               rwixson@wwplaw.net

                               ATTORNEYS FOR PLAINTIFFS

Approved
Barbara B. Crabb
10/23/08

1